

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 20, 2016**

*Mark X. Mullin*

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | § CASE NUMBER: 14-41396 |
| FINNIS VIDETTE CURRIE | § |
| DEBTOR(S) | § |
| | § |
| | § CHAPTER 13 |
| | § |
| CITIFINANCIAL SERVICING LLC ITS | § |
| SUCCESSORS | § |
| IN INTEREST AND/OR ASSIGNEES | § |
| | § |
| MOVANT | § HEARING ON MOTION |
| | § TO LIFT STAY |
| VS. | § JULY 28, 2016 |
| | § |
| FINNIS VIDETTE CURRIE | § |
| RESPONDENT(S) | § |
| | § |
| | § TIME: 9:30AM |

### AGREED ORDER TERMINATING STAY
### (RELATED TO DOCKET ENTRY NUMBER: 40)

On this date, came on to be heard Movant, CitiFinancial Servicing LLC its successors in interest

and/or assignee's, Motion for Relief from Automatic Stay. All parties announced to the Court that an

Agreement had been reached. Pursuant to that Agreement:

AGREED OTS/CH13/JOINT
15-022109 - BK02

IT IS ORDERED THAT the Automatic Stay of 11 U.S.C.§ 362 is hereby terminated as to Movant and Movant, its successors in interest and assignees, may proceed to foreclose its lien and pursue its statutory and contractual remedies pursuant to the terms of the Deed of Trust in order to gain possession of the real property described as:

LOT TWENTY THREE (23), BLOCK THREE 93), SAGEPOINT, AN ADDITION TO THE CITY OF EULESS, TARRANT COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED IN VOLUME 388-155, PAGE 87, PLAT RECORDS TARRANT COUNTY, TEXAS.; MORE COMMONLY KNOWN AS 403 WESTOVER DR, EULESS, TX 76039

IT IS FURTHER ORDERED that all communications including but, not limited to, notices required by state law, sent by CitiFinancial Servicing LLC in connection with proceeding against the property may be sent directly to the Debtor.

IT IS FURTHER ORDERED that the Federal Bankruptcy Rule 4001 (a)(3) is waived and the Movant may immediately implement and enforce this order granting relief from the automatic stay.

###END OF ORDER###

APPROVED AS TO FORM AND CONTENT:

Grant M. Tabor / TBN 24027905
Email: gtabor@logs.com
H. Gray Burks / TBN 03418320
Email: gburks@logs.com
Kirk A. Schwartz / TBN 24004908
Email kschwartz@logs.com
Shapiro Schwartz
13105 Northwest Freeway, Suite 1200
Houston, TX 77040
Telephone: (713)462-2565
Facsimile: (847)879-4856
Attorneys for CitiFinancial Servicing, LLC
SS Number 15-022109

Attorney Name: _Eric A Mastell_
State Bar Number: _24041409_
Lee Law Firm PLLC
8701 Bedford Euless Road
Suite 510
Hurst, TX 76053
ATTORNEY FOR DEBTOR(S)